UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:06-cr-0041-JMS-MJD |
| | ) | |
| SCOTT FOOR, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Scott Foor=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, revokes supervised release and orders a sentence imposed of imprisonment of 21 months in the custody of the Attorney General, with no supervised release to follow. The Court also makes a recommendation to the Federal Bureau of Prisons to provide mental health and drug treatment as well as placement at FCI Terre Haute. The Defendant is to be taken into custody immediately. The Court notes that the parties waived the fourteen-day period to object to the Report and Recommendation.

SO ORDERED.

Date: May 28, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system
U. S. Parole and Probation
U. S. Marshal